IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ed Hassen,<br><br>    Plaintiff,<br><br>v.<br><br>Tryke Companies LLC,<br><br>    Defendant. | No. CV-18-03725-PHX-JJT<br><br>**ORDER** |

At issue is Plaintiff Ed Hassen's Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (Doc. 8). Plaintiff filed a Complaint (Doc. 1) in this action on November 2, 2018. Defendant was served and filed a Motion to Dismiss (Doc. 16).

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff may voluntarily dismiss an action without a Court Order at any time before the opposing party responds to the Complaint or a motion for summary judgment. Here, Defendant did not file an Answer or motion for summary judgment. However, it did file a Motion to Dismiss which the Court will deny as moot.

IT IS THEREFORE ORDERED granting Plaintiff's Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (Doc. 8).

IT IS FURTHER ORDERED denying as moot Defendant's Motion to Dismiss (Doc. 16).

. . . .

. . . .

1    IT IS FURTHER ORDERED dismissing this matter without prejudice and directing
the Clerk of Court to close this matter.

Dated this 1st day of April, 2019.

_____
Honorable John J. Tuchi
United States District Judge